UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA



FILED
CHARLOTTE, NC

AUG 22 2016

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE MATTER OF THE SEIZURE OF  )
All Funds in Wells Fargo Account No. *2315  )

Case No. 3:16mj325

Order To Seal

Upon motion of the United States and for the reasons set forth in the Affidavit, it is hereby ORDERED that the Application and accompanying Affidavit in the above captioned matter are hereby placed under seal.

This 22nd day of August, 2016.

David C. Keesler
United States Magistrate Judge